JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| In re Debtor Anibal Mesala Silva | Case No. EDCV 19-571 JGB |
|---|---|
| | **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

For failure to complete the record on appeal and comply with this Court's Orders to Show Cause, Appellant Anibal Mesala Silva's Bankrutpcy Appeal is DISMISSED.

Dated: July 27, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge

cc: USBK